UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :      03 Cr. 825 (RO)
         -against-                  :      04 Cr. 646 (RO)
                                    :
JEROME DIXON a/k/a JERMAL DIXON,    :
                                    :      ORDER
              Defendant.            :
------------------------------------------------------------ x

HAIGHT, Senior District Judge:

   This case, initially assigned to Judge Owen, is pending before me as a Part I judge. The case was scheduled to be heard for a status report or possible plea on February 14, 2008. On February 7, 2008, counsel for the defendant telephoned Chambers to request a short adjournment so that counsel could discuss the terms of a new plea agreement with the defendant. The government made no objection. The Court's deputy clerk advised counsel that the case would be adjourned to February 28, 2008, at 2:30 p.m. in Room 17C, 500 Pearl Street.

   In these circumstances, the Court prospectively excludes from Speedy Trial Act calculations the time from and including February 7, 2008 to and including February 28, 2008. I make this order pursuant to 18 U.S.C. § 3161(h)(8) because I am satisfied that the ends of justice will best be served by allowing the parties a reasonable additional amount of time to work out a resolution of the case by a mutually acceptable plea agreement, and that no public interest requires a different conclusion.

   It is SO ORDERED.

Dated: New York, New York
       February 11, 2008

                                           _____
                                           CHARLES S. HAIGHT, JR.
                                           SENIOR UNITED STATES DISTRICT JUDGE

(PART I)