UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        v.<br><br>JERMAL DIXON,<br><br>        Defendant. | 03-cr-825 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see Transcript, May 1, 2020, the letter motion of Jermal Dixon, ECF No. 53, is denied.

SO ORDERED.

Dated: New York, NY

May 1, 2020

_____
United States District Judge