UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
                                          :
UNITED STATES OF AMERICA                  :
                                          :
        -against-                         :     **ORDER**
                                          :
                                          :
                                          :     03cr825-01 (JSR)
                                          :     ─────────────────
**Jermal Dixon**                          :         Docket #
------------------------------------------x


**Hon. Jed S. Rakoff**      , **DISTRICT JUDGE**:
─────────────────────────
       Judge's Name


The C.J.A. attorney assigned previously to this case,
**Avrom Robin**                          is hereby reassigned the
─────────────────────────────────
representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC **to 6/28/2022** .
                      ─────────────────


                              SO ORDERED.

                              _____
                              UNITED STATES DISTRICT JUDGE


Dated:  New York, New York
        9-9-22